UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SNAP FITNESS, INC., | Case No. 24-CV-2803 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| SCENIC CITY FITNESS, INC. ET AL., | |
| Defendants. | |

The Court has received the October 11, 2024 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 51.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 51) is ACCEPTED;

2. The Clerk of Court shall enter a Clerk's Entry of Default against Defendant Scenic City Fitness, Inc; and

3. Plaintiff Snap Fitness, Inc., is allowed to move for default judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 8, 2024                    BY THE COURT:

                                                          s/Nancy E. Brasel
                                                          Nancy E. Brasel
                                                          United States District Judge