# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SNAP FITNESS, INC., | Case No. 0:24-cv-02803-NEB-DTS |
| Plaintiff, | |
| vs. | **PLAINTIFF SNAP FITNESS, INC.'S SECOND MOTION FOR CONTEMPT** |
| SCENIC CITY FITNESS, INC., GARY BLANKENSHIP, JR., | |
| Defendants. | |

_____

Plaintiff Snap Fitness, Inc. ("Plaintiff") hereby moves the Court for an order finding Defendants Scenic City Fitness, Inc., Gary Blankenship, Jr. ("Defendants") in contempt and imposing sanctions against Defendants, for Defendants' failure to abide by the Court's Preliminary Injunction Order (Dkt. 26), Order Finding Defendants in Contempt of Court Contempt (Dkt. 55), and Order on Motion for Default Judgment (Dkt. 75.)

This Motion is based upon the Memorandum of Law in Support of this Motion, the Declarations of Michael Huss and David Archer and accompanying exhibits, and all of the pleadings and papers filed herein as well as the arguments of counsel.

80851132.v1

Dated: August 14, 2025                              **LATHROP GPM LLP**

<u>/s/  *David C. Archer*</u>
Richard Landon (MN #392306)
David C. Archer (MN #0399150)
Brooke F. Robbins (MN #0401904)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 632-3000
Fax: (612) 632-4000
richard.landon@lathropgpm.com
david.archer@lathropgpm.com
brooke.robbins@lathropgpm.com

**ATTORNEYS FOR PLAINTIFF**