UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SNAP FITNESS, INC., | Case No. 24-CV-2803 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER FINDING DEFENDANTS IN CONTEMPT OF COURT |
| SCENIC CITY FITNESS, INC., and GARY BLANKENSHIP, JR., | |
| Defendants. | |

When Defendants Scenic City Fitness, Inc. and Gary Blankenship, Jr. failed to comply with the Court's preliminary injunction order (ECF No. 26), the Court found Defendants in contempt of court and imposed financial sanctions (ECF No. 55). Later, the Court granted Plaintiff Snap Fitness's motion for default judgment, permanently enjoining Defendants from conduct proscribed by the preliminary injunction. (ECF No. 75.)

Now, more than one year has passed since the Court issued the preliminary injunction. Defendants still refuse to comply with the Court's orders and have not requested an extension of time. Plaintiff Snap Fitness moves, again, for a finding of contempt against Blankenship. (ECF Nos. 77, 86.)

The Court has considered the entire record, and for the reasons set forth below, Snap Fitness's motion is hereby GRANTED.

The Court finds that Blankenship is in contempt of court for violating the Court's preliminary injunction order (ECF No. 26); order finding Defendants in contempt (ECF No. 55); and default judgment order (ECF No. 75). The Court finds that sanctions and penalties are necessary to compel future compliance with the orders. Accordingly, it is hereby ORDERED:

1. Blankenship is compelled to comply with the Order on Motion for Default Judgment. (ECF No. 75.)

2. Blankenship shall be fined $500 per day for every day after the date of this Order that he is not in compliance with the order. Snap Fitness is awarded the total amount fined.

3. Blankenship will provide the Court with an affidavit outlining in detail each action taken by him to comply with every aspect of the Court's Order on Motion for Default Judgment and this Court's Contempt Order, to be filed by October 24, 2025.

4. If Defendants do not comply in full with the Contempt Order by October 24, 2025, the Court will impose additional sanctions, which could include further fines and/or imprisonment.

5. Snap Fitness is awarded all costs and attorneys' fees incurred by Snap Fitness in drafting and filing the Contempt Motion. Snap Fitness shall file a declaration in support of its fees and costs within fifteen (15) days after entry of this Court's Contempt Order.

**SO ORDERED.**

Dated: October 6, 2025                                BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge